```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

Salvador Diaz
52 Arden Street, Apt. 5A
New York, NY 10040

May 17, 2008

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

RECEIVED MAY 23 2008 JUDGE CHIN'S CHAMBERS

Re:   Diaz v. Department of Defense, et al.
      08 Civ. 370 (DC)

Honorable Judge Chin:

I hereby request a 45 days extension of time in which to file a response to Defendant's Motion to Dismiss the Complaint. The following is submitted in support of this request:

   1. No other request for extension of time has been made.

   2. I am filing *pro se* and I am presently absent from the State of New York and will remain so until approximately July 15, 2008. I need the additional time to research and prepare a proper response.

   3. Response is due May 23, 2008.

   4. Defendant does not oppose this extension of time.

Respectfully submitted,

Salvador Diaz
Salvador Diaz
2155 E Liberty Lane, Unit 219
Phoenix, AZ 85048
(347) 631-1896

cc:   Tomoko Onozawa ( via US Mail)
      Assistant United States Attorney
      86 Chambers Street
      New York, NY 10007-1825

*[Handwritten annotation:]* Plaintiff's papers are now actually due 6/16/08. Plaintiff's time to respond to the motion is extended until 7/28/08. FINAL. SO ORDERED.

USDJ
5/23/08