

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 29, 2008

[Stamp: JUL 3 0 2008 — JUDGE CHIN'S CHAMBERS]

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/30/08]

**BY HAND DELIVERY**

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

    Re:    <u>Diaz v. Department of Defense, et al.</u>
           08 Civ. 370 (DC)

Dear Judge Chin:

    I am an Assistant United States Attorney representing the interests of defendants Department of Defense, the Office of the Judge Advocate General of the Navy, and Charles W. Dorman in his official capacity (the "Government") in the above-captioned action brought by *pro se* plaintiff Salvador Diaz ("plaintiff"). Although Your Honor's endorsed order of May 23, 2008 granted plaintiff's request for an extension to file an opposition to the Government's motion to dismiss by July 28, 2008, the order did not include a corresponding extension of time for the Government's reply brief. Accordingly, we respectfully request leave to file a reply brief by Friday, August 22, 2008.

    We thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

                    By:    _____
                              TOMOKO ONOZAWA
                              Assistant United States Attorney
                              Telephone: (212) 637-2721
                              Facsimile: (212) 637-2686

*[Handwritten endorsement:]* Approved. So Ordered. /s/ 7/30/08

Hon. Denny Chin
July 29, 2008

cc:   Salvador Diaz (via First-Class mail)
      52 Arden Street, #5A
      New York, NY 10040
      *Plaintiff Pro Se*